| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Donald E. J. Kilmer, Jr. [SBN: 179986]<br>LAW OFFICES OF DONALD KILMER<br>A Professional Corporation<br>1645 Willow Street, Suite 150<br>San Jose, California 95125<br>Don@DKLawOffice.com<br>Voice: (408) 264-8489<br>Fax: (408) 264-8487<br><br>Attorney for ROBERT FOREST |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ROBERT FOREST,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF FORT BRAGG, FORT BRAGG POLICE DEPARTMENT and FLOYD HIGDON,<br><br>   Defendants. | Case No.: C 09-05970 NJV<br><br>STIPULATION AND ORDER Uvc[ kp 'ecug |

TO THIS HONORABLE COURT:

1. Plaintiff ROBERT FOREST is represented by the Law Offices of Donald Kilmer.

2. Although they have not filed a responsive pleading in this matter yet, the CITY OF FORT BRAGG and the FORT BRAGG POLICE DEPARTMENT are represented by Steven C. Mitchell of **Geary, Shea, O'Donnell, Gratten & Mitchell, P.C.** Address: 37 Old Courthouse Square, 4th Floor, Santa Rosa, Califfornia 95404. Phone: (707) 545-1660. Fax: (707) 545-1876. E-Mail: Steven C. Mitchell [smitchell@gsoglaw.com].

3. Although he has not yet filed a responsive pleading in this matter, defendant FLOYD HIGDON is represented by Nancy Delaney at **Mitchell, Brisso, Delaney & Vrieze**. Address: 814 Seventh Street, P.O. Box 1008, Eureka, California 95502. Phone: (707) 443-5643. E-Mail: kradford@mitchelllawfirm.com.

4. There is a Case Management Conference set in this matter on April 6, 2010 at 2:00 p.m. in Courtroom 205A, 2nd Floor, 514 H Street Eureka, CA.

5. Currently pending in the Court of Appeal of the State of California, First Appellate District, Division Four is a case titled: *People v. Robert Forest*. Case No.: A 124144.

   a. The Defendant/Appellant in that case is Plaintiff ROBERT FOREST in this action.

   b. The appeal is from an Order Denying a Motion to Expunge the Arrest Record of Plaintiff ROBERT FOREST .

   c. Defendant/Appellant's reply brief has only recently been filed.

   d. The matter is not yet set for oral argument.

   e. ROBERT FOREST's appellate counsel is: Jacques LeBoeuf of **Dell'Ario & LeBoeuf, P.C.** Address: 201 Nineteenth Street, Suite 200, Oakland, CA 94612. Phone: (510) 763-7700. Fax: (510) 763-7755. E-Mail: Jacques LeBoeuf [ jacques@appellatespecialists.com ]

6. Because the appeal in the state court action centers on the issue of ROBERT FOREST's request for a finding of factual innocense in the state court proceedings, its outcome will have some bearing on the parties' legal positions in this case.

7. The parties hereby stipulate to the following:

   a. Attorney Steven Mitchell warrants that he is authorized to represent CITY OF FORT BRAGG and FORT BRAGG POLICE DEPARTMENT.

   b. Attorney Nancy Delaney warrants that she is authorized to represent

|   |    | Defendant FLOYD HIGDON. |
|---|----|---|
|   | c. | All parties consent to assignment of this case to Magistrate Nandor J. Vadas, United States Magistrate Judge. |
|   | d. | The parties request a stay of this action pending the exhaustion of ROBERT FOREST's appellate remedies in state court.  A stay is subject to the sound discretion of the Court and authorized under: *Wilton v. Seven Falls Co.* (1995) 515 U.S. 277, 288. |
|   | e. | Upon exhaustion of ROBERT FOREST's appellate remedies, any party may file a motion to lift the stay in this action, or the parties may file a stipulation to lift the stay. |
|   | f. | Upon the filing the order lifting the stay, the case shall be placed back on the active case list and a Case Management Conference shall be set. |
|   | g. | Upon the filing of an order lifting the stay, the Defendants shall have 30 days to file a responsive pleading in this action. |
|   | h. | The parties reserve all ADR options. |
|   | i. | Fax signatures are sufficient to bind the parties. |
|   | j. | The CMC set for April 6, 2010 is vacated. |

**SO STIPULATED.**

Date: March 15, 2010                                          Date: March 15, 2010


  /s/                                                                              /s/
Donald Kilmer of                                              Steven Mitchell of
Law Offices of Donald Kilmer, APC.                            GEARY, SHEA, O'DONNELL,
for Plaintiff FOREST                                          GRATTAN & MITCHELL, P.C.
                                                              for Defendant CITY OF FORT
                                                              BRAGG and FORT BRAGG POLICE
                                                              DEPT.

Date: March 15, 2010


  /s/
Nancy Delaney of
MITCHELL, BRISSO, DELANEY & VRIEZE
for Defendant FLOYD HIGDON

**ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Steven Mitchell (claiming to speak for himself and Nancy Delaney) that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on March 15, 2010.

_____/s/_____
Donald Kilmer of
Law Offices of Donald Kilmer, APC
for Plaintiff FOREST


**SO ORDERED.**

Date: March 16, 2010

_____
Nandor J. Vadas
United States Magistrate Judge