1   Donald E. J. Kilmer, Jr. [SBN: 179986]
    LAW OFFICES OF DONALD KILMER
2   A Professional Corporation
    1645 Willow Street, Suite 150
3   San Jose, California 95125
    Don@DKLawOffice.com
4   Voice: (408) 264-8489
    Fax: (408) 264-8487
5
    Attorney for ROBERT FOREST
6

7

8                   UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          EUREKA DIVISION

11
                                          Case No.: C 09-05970 NJV
12  ROBERT FOREST,
                                          STIPULATION AND ORDER
13           Plaintiff,                   "UVC[ KP 'ECUG

14              v.

15
    CITY OF FORT BRAGG, FORT BRAGG
16  POLICE DEPARTMENT and FLOYD
    HIGDON,
17
             Defendants.
18

19

20  TO THIS HONORABLE COURT:

21  1.   Plaintiff ROBERT FOREST is represented by the Law Offices of Donald

22       Kilmer.

23  2.   Although they have not filed a responsive pleading in this matter yet, the

24       CITY OF FORT BRAGG and the FORT BRAGG POLICE DEPARTMENT

25       are represented by Steven C. Mitchell of **Geary, Shea, O'Donnell, Gratten**

26       **& Mitchell, P.C.**  Address: 37 Old Courthouse Square, 4th Floor, Santa Rosa,

27       Califiornia 95404.  Phone: (707) 545-1660.  Fax: (707) 545-1876.  E-Mail:

28       Steven C. Mitchell [smitchell@gsoglaw.com].

1  3.    Although he has not yet filed a responsive pleading in this matter, defendant
2      FLOYD HIGDON is represented by Nancy Delaney at **Mitchell, Brisso,**
3      **Delaney & Vrieze**.  Address: 814 Seventh Street, P.O. Box 1008, Eureka,
4      California 95502.  Phone: (707) 443-5643.  E-Mail:
5      kradford@mitchelllawfirm.com.
6  4.    There is a Case Management Conference set in this matter on April 6, 2010
7      at 2:00 p.m. in Courtroom 205A, 2nd Floor, 514 H Street Eureka, CA.
8  5.    Currently pending in the Court of Appeal of the State of California, First
9      Appellate District, Division Four is a case titled: *People v. Robert Forest*. Case
10     No.: A 124144.
11     a.    The Defendant/Appellant in that case is Plaintiff ROBERT FOREST in
12         this action.
13     b.    The appeal is from an Order Denying a Motion to Expunge the Arrest
14         Record of Plaintiff ROBERT FOREST .
15     c.    Defendant/Appellant's reply brief has only recently been filed.
16     d.    The matter is not yet set for oral argument.
17     e.    ROBERT FOREST's appellate counsel is: Jacques LeBoeuf of
18         **Dell'Ario & LeBoeuf, P.C.**  Address: 201 Nineteenth Street, Suite
19         200, Oakland, CA 94612.  Phone: (510) 763-7700.  Fax: (510) 763-7755.
20         E-Mail: Jacques LeBoeuf [ jacques@appellatespecialists.com ]
21 6.    Because the appeal in the state court action centers on the issue of ROBERT
22     FOREST's request for a finding of factual innocense in the state court
23     proceedings, its outcome will have some bearing on the parties' legal
24     positions in this case.
25 7.    The parties hereby stipulate to the following:
26     a.    Attorney Steven Mitchell warrants that he is authorized to represent
27         CITY OF FORT BRAGG and FORT BRAGG POLICE DEPARTMENT.
28     b.    Attorney Nancy Delaney warrants that she is authorized to represent

1         Defendant FLOYD HIGDON.

2    c.    All parties consent to assignment of this case to Magistrate Nandor J.
3         Vadas, United States Magistrate Judge.

4    d.    The parties request a stay of this action pending the exhaustion of
5         ROBERT FOREST's appellate remedies in state court.  A stay is
6         subject to the sound discretion of the Court and authorized under:
7         *Wilton v. Seven Falls Co.* (1995) 515 U.S. 277, 288.

8    e.    Upon exhaustion of ROBERT FOREST's appellate remedies, any party
9         may file a motion to lift the stay in this action, or the parties may file a
10         stipulation to lift the stay.

11    f.    Upon the filing the order lifting the stay, the case shall be placed back
12         on the active case list and a Case Management Conference shall be set.

13    g.    Upon the filing of an order lifting the stay, the Defendants shall have
14         30 days to file a responsive pleading in this action.

15    h.    The parties reserve all ADR options.

16    i.    Fax signatures are sufficient to bind the parties.

17    j.    The CMC set for April 6, 2010 is vacated.

18 **SO STIPULATED.**

19 Date: March 15, 2010                              Date: March 15, 2010

20

21    /s/                                   /s/
   Donald Kilmer of                         Steven Mitchell of
22 Law Offices of Donald Kilmer, APC.     GEARY, SHEA, O'DONNELL,
   for Plaintiff FOREST                   GRATTAN & MITCHELL, P.C.
23                                                 for Defendant CITY OF FORT
                                                BRAGG and FORT BRAGG POLICE
24                                                 DEPT.
Date: March 15, 2010
25

26
   /s/
27 Nancy Delaney of
   MITCHELL, BRISSO, DELANEY & VRIEZE
28 for Defendant FLOYD HIGDON

**ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Steven Mitchell (claiming to speak for himself and Nancy Delaney) that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on March 15, 2010.

/s/
Donald Kilmer of
Law Offices of Donald Kilmer, APC
for Plaintiff FOREST

**SO ORDERED.**

Date: March 16, 2010

Nandor J. Vadas
United States Magistrate Judge