1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

EUREKA DIVISION

11
12

ROBERT FOREST,

No. CV 09-5970 NJV

13

       Plaintiff,

14

v.

**CERTIFICATE OF SERVICE**

15

CITY OF FORT BRAGG, et al.,

16

       Defendants.

17

_____/

18

      I, the undersigned, hereby certify that on March 16, 2010, I served a true and correct copy of

19

the Court's March 16, 2010 Order Granting the parties' stipulation to stay the case, by placing said

20

copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope

21

in the U.S. Mail.

22

Steven C. Mitchell
37 Old Courthouse Square, 4th Floor

23

Santa Rosa, CA 95404

24

Nancy Delaney
P.O. Box 1008

25

Eureka, CA 95502

26
27

Dated:  March 16, 2010

              Chris Wolpert
        Administrative Law Clerk to the

28

         Honorable Nandor J. Vadas