Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Don@DKLawOffice.com
Voice: (408) 264-8489
Fax: (408) 264-8487

Attorney for ROBERT FOREST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ROBERT FOREST,<br><br>    Plaintiff,<br><br>        v.<br><br>CITY OF FORT BRAGG, FORT BRAGG POLICE DEPARTMENT and FLOYD HIGDON,<br><br>    Defendants. | Case No.: C 09-05970 NJV<br><br>ORDER OF<br>SUBSTITUTION OF COUNSEL |

TO THIS HONORABLE COURT and the DEFENDANTS:

1. Plaintiff ROBERT FOREST was previously represented by the Law Offices of Donald Kilmer.

2. Plaintiff ROBERT FOREST wishes to substitute the Law Office of David M. Kindopp (SBN: 183991). Attorney Kindopp's contact information is:

    a. Address: 211 W Standley Street; Ukiah, CA 95482.

    b. Phone: (707) 462-4080

    c. Fax: (707) 462-4096

    d. E-Mail: lawoffice@kindopplaw.com

**Donald Kilmer**
Attorney at Law
1645 Willow Street
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Forest v. City of Fort Bragg                Page 1 of  2                Substitution of Counsel

3. The persons executing this document agree to be bound by facsimile signatures.

4. I, Donald Kilmer, consent to this substitution of counsel.

   Date:

   _____
   Donald Kilmer, Attorney at Law

5. I, ROBERT FOREST, wish to relieve Mr. Kilmer as my attorney of record and substitute David Kindopp as my new Attorney of Record.

   Date:

   _____
   Robert Forest, Plaintiff

6. I, David Kindopp, agree to accept this substitution and represent Plaintiff ROBERT FOREST in the above-entitle action.

   Date:

   _____
   David Kindopp, Attorney at Law

**SO ORDERED.**

Date: December 22, 2010

_____
United States Magistrate Judge

**Donald Kilmer**
Attorney at Law
1645 Willow Street
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Forest v. City of Fort Bragg          Page 2 of 2          Substitution of Counsel